Opinion issued May 29, 2025



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00204-CV

———————————

**BILAL BURKI, Appellant**

**V.**

**JANETTE D. DANSBY, Appellee**

On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Case No. 19-DCV-265591

## MEMORANDUM OPINION

Appellant, Bilal Burki, has filed a notice of appeal from the trial court's March 20, 2025 order. On May 2, 2025, appellant filed a Voluntary Motion to Dismiss Pending Appeal stating that "the parties to this suit have reached an agreement to

settle and compromise their differences" and requesting this Court to "[d]ismiss the [p]ending appeal . . . ." *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.